UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GORDON V. DONALDSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>INOCENTE MARTINEZ and JUANA INMAN MARTINEZ,<br><br>          Defendants. | NO.  CV-05-3040-LRS<br><br>ORDER OF DISMISSAL |

The pro se plaintiff, proceeding *in forma pauperis*, has not filed his "First Amended Complaint" by the deadline imposed by the court in its order of April 29, 2005 (Ct. Rec. 7).  Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed without prejudice and the file be closed in this matter.

The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this ___7th___ day of June, 2005.

                                        s/Lonny R. Suko
                                    _____
                                        LONNY R. SUKO
                                    UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL